**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B**

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** United States of America ___ v.

Jatiek Smith

**DOCKET NUMBER:** 24-1680 / SDNY: 22-CR-352 (JSR)

**COUNSEL'S NAME:** Russell Capone

**COUNSEL'S ADDRESS:** Cooley LLP

55 Hudson Yards  New York, NY 10001

**COUNSEL'S PHONE:** (212) 479-6580

**QUESTIONNAIRE**

[✓] I am ordering a transcript.

[ ] I am not ordering a transcript.  Reason:  [ ] Daily copy available  [ ] U.S. Atty. placed order
[ ] Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of

[✓] Pre-trial proceedings: See Attachment
(Description & Dates)

[ ] Trial:
(Description & Dates)

[ ] Sentencing:
(Description & Dates)

[ ] Post-trial proceedings:
(Description & Dates)

I, Russell Capone , hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with  FRAP 10(b).

Method of payment:  [ ] Funds  [✓] CJA Form 24

/s/ Russell Capone                    7/5/2024
Counsel's Signature                   Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

Date order received: _____          Estimated Number of Pages: _____

Estimated completion date: _____

_____          _____
Court Reporter's Signature                   Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the
Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.

**<u>Attachment to Criminal Appeal Transcript Information - Form B</u>**

Additional Transcripts Requested from District Court pre-trial proceedings (*USA v. Smith*, 22-CR-352):

- October 7, 2022 Conference (including Sealed portions to counsel)
- April 27, 2023 Conference (including any Sealed portions to counsel)
- May 23, 2023 Conference (including Sealed portions to counsel)
- July 19, 2023 Conference (including Sealed portions to counsel)
- October 23, 2023 Conference (including Sealed portions to counsel)