# Cooley

Russell Capone  <u>**VIA ACMS**</u>
T: +1 212 479 6580
RCapone@cooley.com

August 6, 2024

Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**Re:** <u>*United States v. Jatiek Smith* **(No. 24-1680)**</u>

Dear Ms. Wolfe:

I represent Defendant-Appellant Jatiek Smith in the above-captioned matter. I am writing pursuant to the Court's procedures as set forth in Local Rule 11.3(c).

On July 5, 2024, Defendant-Appellant filed a Form B requesting five transcripts from pretrial proceedings that took place on October 7, 2022; April 27, 2023; May 23, 2023; July 19, 2023; and October 23, 2023.

On August 5, 2024, the Court Reporters indicated that they will provide the requested transcripts to Defendant-Appellant on August 23, 2024. Pursuant to Local Rule 11.3(c), I will update the Court in 14-day intervals until the transcripts are filed.

Respectfully submitted,

<u>*/s/ Russell Capone*</u>

Russell Capone

*Counsel for Defendant-Appellant Jatiek Smith*

cc: Counsel of Record